JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**LEV MUKOSEYEV**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| LEV MUKOSEYEV, | No.   2:23-CV-01003-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| KILOLO KIJAKAZI, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to September 14, 2023.

This is a first extension, requested because plaintiff's counsel must complete other briefing and travel out of town for a hearing.

Dated:   August 17, 2023                                          /s/    *Jesse S. Kaplan*
                                                                                   JESSE S. KAPLAN
                                                                                   Attorney for Plaintiff

Dated: August 17, 2023               <u>/s/ per e-mail authorization</u>

                                                  L. JAMALA EDWARDS
                                                  Special Assistant U.S. Attorney
                                                  Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is extended to September 14, 2023.

SO ORDERED.

Dated: August 18, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE