JESSE S. KAPLAN CSB# 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

Attorney for Plaintiff
LEV MUKOSEYEV

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
-o0o-

| | |
|---|---|
| LEV MUKOSEYEV, | No.  2:23-cv-01003-CKD |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR DISMISSAL |
| v. | |
| Kilolo Kijakazi, ACTING COMMISSIONER SOCIAL SECURITY, | |
| Defendant. _____ / | |

Plaintiff LEV MUKOSEYEV and defendant Kilolo Kizakazi, ACTING

COMMISSIONER OF SOCIAL SECURITY hereby stipulate under Rule 41(a)(1)(ii) of the

Federal Rules of Civil Procedure that this action be dismissed with prejudice in its entirety, with each party bearing that party's own attorney fees and costs.

DATED: September 14, 2023

    /s/   Jesse S. Kaplan

JESSE S. KAPLAN
Attorney for Plaintiff
LEV MUKOSEYEV

DATED: September 14, 2023

    /s/   L. Jamala Edwards

L. JAMALA EDWARDS
Attorney for Defendant
Kilolo Kijakazi, ACTING COMMISSIONER
OF SOCIAL SECURITY

## ORDER

Based on the parties' foregoing stipulation under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, THIS ACTION IS HEREBY DISMISSED WITH PREJUDICE in its entirety, each party bearing that party's attorney fees and costs.

Dated: September 18, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE